1 DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
2 E-Mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
3 Nevada Bar No. 10593
E-Mail: jackie@kgelegal.com
4 KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
5 E-Mail: karen@kgelegal.com
KIM GILBERT EBRON
6 7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139-5974
7 Telephone: (702) 485-3300
Facsimile: (702) 485-3301
8 *Attorney for Respondent,*
*SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, in its capacity as Conservator for the Federal National Mortgage Association and Federal Home Loan Mortgage Corporation,<br><br>Petitioner,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>Respondent. | Case No.: 2:17-cv-00914-GMN-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO PETITION FOR ORDER ENFORCING SUBPOENA *DUCES TECUM* [ECF NO. 1]** |

IT IS HEREBY STIPULATED between Petitioner, FEDERAL HOUSING FINANCE AGENCY ("FHFA") and SFR Investments Pool 1, LLC ("SFR"), by and through their undersigned counsel, to extend the deadline for SFR to file a Response to FHFA's Petition for Order Enforcing Subpoena *Duces Tecum* from May 17, 2017 to **May 31, 2017.**

///

///

///

///

///

- 1 -

This is SFR's first request for an extension and is not intended to cause any delay or prejudice to any party.

DATED this 15th day of May, 2017.

**Kim Gilbert Ebron**

*/s/Jacqueline A. Gilbert*
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Phone: (702) 485-3300
Fax:   (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

DATED this 15th day of May, 2017.

**Fennemore Craig, P.C**.

*/s/Leslie Bryan Hart*
Leslie Bryan Hart, Esq.
Nevada Bar No. 4932
John D. Tennert III, Esq.
Nevada Bar No. 11728
300 East Second Street, Suite 1510
Reno, Nevada 89501-1591
Phone: (775) 788-2228
Fax:   (775) 788-2229

*Attorneys for Federal Housing Finance Agency*

**ORDER**

IT IS SO ORDERED.

Dated this 18th day of May, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

*Respectfully submitted by:*

**KIM GILBERT EBRON**

*/s/Jacqueline A. Gilbert*
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*