1  DIANA CLINE EBRON, ESQ.
   Nevada Bar No. 10580
2  E-Mail: diana@kgelegal.com
   JACQUELINE A. GILBERT, ESQ.
3  Nevada Bar No. 10593
   E-Mail: jackie@kgelegal.com
4  KAREN L. HANKS, ESQ.
   Nevada Bar No. 9578
5  E-Mail: karen@kgelegal.com
   KIM GILBERT EBRON
6  7625 Dean Martin Drive, Suite 110
   Las Vegas, Nevada 89139-5974
7  Telephone: (702) 485-3300
   Facsimile: (702) 485-3301
8  *Attorney for Respondent,*
   *SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, in its capacity as Conservator for the Federal National Mortgage Association and Federal Home Loan Mortgage Corporation,<br><br>Petitioner,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>Respondent. | Case No.: 2:17-cv-00914-GMN-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR SFR INVESTMENTS POOL 1, LLC TO FILE REPLY TO RESPONSE TO MOTION TO QUASH [ECF No. 16] TO JUNE 28, 2017 (First Request)** |

IT IS HEREBY STIPULATED between Petitioner, FEDERAL HOUSING FINANCE AGENCY ("FHFA") and respondent SFR INVESTMENTS POOL 1, LLC ("SFR"), by and through their undersigned counsel, to extend the deadline for SFR to file its Reply to FHFA's Response [ECF 16] to SFR's Motion to Quash [ECF 15] from June 21, 2017 **to June 28, 2017**, which is the same date that SFR's response is due to FHFA's Cross-motion for an order requiring SFR to comply [ECF 17].

///

- 1 -

KIMGILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

This is SFR's first request for an extension for this reply and is not meant for purposes of delay or prejudice but for economy of resources and so the two motions will be concurrent for the Court's review.

DATED this 19th day of June, 2017.

**Kim Gilbert Ebron**

*/s/Jacqueline A. Gilbert*
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Phone: (702) 485-3300
Fax: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

DATED this 19th day of June, 2017.

**Fennemore Craig, P.C**.

*/s/Leslie Bryan Hart*
Leslie Bryan Hart, Esq.
Nevada Bar No. 4932
John D. Tennert III, Esq.
Nevada Bar No. 11728
300 East Second Street, Suite 1510
Reno, Nevada 89501-1591
Phone: (775) 788-2228
Fax: (775) 788-2229

*Attorneys for Federal Housing Finance Agency*

## **ORDER**

IT IS SO ORDERED.

Dated this __19__ day of June , 2017.

_____
UNITED STATES DISTRICT JUDGE

*Respectfully submitted by:*

**KIM GILBERT EBRON**

*/s/Jacqueline A. Gilbert*
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*