FENNEMORE CRAIG, P.C.
Leslie Bryan Hart, Esq. (SBN 4932)
John D. Tennert III, Esq. (SBN 11728)
300 E. Second St., Suite 1510
Reno, NV 89501
Tel: (775) 788-2228
lhart@fclaw.com, jtennert@fclaw.com
*Counsel for Petitioner Federal Housing Finance Agency*

ARNOLD & PORTER KAYE SCHOLER LLP
(*Pro Hac Vice* to be submitted)
John A. Rackson, Esq.
601 Massachusetts Avenue NW
Washington, DC 20001
Tel: (202) 942-5000  Fax: (202) 942-5999
john.rackson@apks.com
*Counsel for Petitioner Federal Housing Finance Agency*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, in its capacity as Conservator for the Federal National Mortgage Association and Federal Home Loan Mortgage Corporation<br><br>Petitioner,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>Respondent. | Case No.: 2:17-cv-00914-GMN-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE TO REPLY IN SUPPORT OF CROSS-MOTION FOR ORDER REQUIRING SFR TO COMPLY WITH THE SUBPOENA [ECF NO. 17]** |

IT IS HEREBY STIPULATED between Petitioner, FEDERAL HOUSING FINANCE AGENCY ("FHFA") and respondent SFR INVESTMENTS POOL 1, LLC ("SFR"), by and through their undersigned counsel, to extend the deadline for FHFA to file its Reply in Support of

//

//

//

//

//

//

//

//

//

1

Cross-Motion for Order Requiring SFR to Comply with the Subpoena [ECF 17] from July 5, 2017 to July 10, 2017.

DATED: This 3rd Day of July, 2017.

 /s/ Diana Ebron, Esq.
Diana Cline Ebron, Esq.
Nevada Bar No. 10580
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Phone: (702) 485-3300
Fax: (702) 485-3301

*Attorneys for SFR Investments Pool 1, LLC*

 /s/ Leslie Bryan Hart, Esq.
Leslie Bryan Hart, Esq. (SBN 4932)
John D. Tennert, Esq. (SBN 11728)
FENNEMORE CRAIG, P.C.
300 E. Second St., Suite 1510
Reno, NV 89501
Tel: (775) 788-2228  Fax: 775-788-2229
lhart@fclaw.com, jtennert@fclaw.com

ARNOLD & PORTER KAYE SCHOLER LLP

(*Pro Hac Vice* to be submitted)
John A. Rackson, Esq.

*Attorneys for Petitioner Federal Housing Finance Agency*

## **ORDER**

IT IS SO ORDERED.

DATED: This   10   day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE

2

# **CERTIFICATE OF SERVICE**

Pursuant to F.R.C.P. 5(b) and Electronic Filing Procedure IV(B), I certify that on July 3, 2017, a true and correct copy of the **STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE TO REPLY IN SUPPORT OF CROSS-MOTION FOR ORDER REQUIRING SFR TO COMPLY WITH THE SUBPOENA [ECF NO. 17]** was transmitted electronically through the Court's e-filing electronic notice system to the attorney(s) associated with this case. If electronic notice is not indicated through the court's e-filing system, then a true and correct paper copy of the foregoing document was delivered via U.S. Mail.

DIANA CLINE EBRON, ESQ. - diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ. - jackie@kgelegal.com
KAREN L. HANKS, ESQ. - karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139-5974

                                                   /s/ Shawna Braselton
                                              An Employee of Fennemore Craig, P.C.